FILED
JUL 14 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Joseph Murphy
*Plaintiff(s)*

Lt. Nolan, Warden Wilks, Officer Morris
*Defendant(s)*

1:22-cv-3673
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox
Random / Cat 3 / PC 4

## MOTION AND AFFIDAVIT TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Pontiac Correctional Center**
I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: You must have an authorized institutional officer complete the last page of this form.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ N/A $0, and my take-home pay or wages are: $ $0 per
(specify pay period)

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: $ $0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 07-13-22

*Joseph Murphy*
Movant's signature

Printed name

INMATE NAME: **Murphy, Joseph** IDOC# **M42534** H.U. & Cell **XB-53**

## CERTIFICATE

(TO BE COMPLETED BY PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ **29.74** in his trust fund account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: **Dixon CC**

_____
Authorized Officer

**Dixon CC**
Institution

**Business Administrator**
Title

**5/17/22**
Date

**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Revised Jan 2002

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

# Pontiac Correctional Center
## Trust Fund
### Receipt Documents

REPORT CRITERIA - Transfer or Western Union? : Transfer

| Notice To: | M42534 | Murphy, Joseph | Notice Date: | 06/24/2022 |
| Housing Unit: | PMH-SM-02-25 | | Inmate Status: | Active |

The following items have been posted as receipts to your Inmate Trust Fund.

| Check Number | Check Written From: | Amount |
| --- | --- | --- |
| 184886 | Dixon C.C. | .08 |
| Intake And Transfers From Other Institutions | | |

Date: 5/17/2022  
Time: 2:08pm  
d_list_inmate_trans_statement_composite

# Dixon Correctional Center
## Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 11/17/2021 thru 05/17/2022;  Inmate: M　　34;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / F　　utions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors O　　: No

**Inmate:** M42534 Murphy, Joseph  　　　　**sing Unit:** DXP-XB-B -53

| Date | Source | Transaction Type | Batch | Reference | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | | 1,428.58 |
| 11/22/21 | Disbursements | 88 Religious Items, Rug, Books, Prayer Bead | 3263176 | Chk #181417 | 88299679, Islamic Bo, | Inv. Date: 11/22/2021 | -71.00 | 1,357.58 |
| 12/02/21 | Point of Sale | 60 Commissary | 336760 | 1134684 | Commissary | | -30.00 | 1,327.58 |
| 12/07/21 | Payroll | 20 Payroll Adjustment | 3411176 | | P/R month of 112021 | | .00 | 1,327.58 |
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84003530, DOC: 523 F, | Inv. Date: 11/24/2021 | -4.00 | 1,323.58 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300523, PB - Posta, | Inv. Date: 12/13/2021 | -8.80 | 1,314.78 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300106, PB - Posta, | Inv. Date: 12/02/2021 | -.40 | 1,314.38 |
| 01/06/22 | Point of Sale | 60 Commissary | 0067121 | 1137361 | Commissary | | -10.70 | 1,303.68 |
| 01/06/22 | Payroll | 20 Payroll Adjustment | 0061176 | | P/R month of 122021 | | .00 | 1,303.68 |
| 01/11/22 | Disbursements | 84 Library | 0113176 | Chk #182313 | 84004011, DOC: 523 F, | Inv. Date: 12/16/2021 | -11.30 | 1,292.38 |
| 01/20/22 | Disbursements | 88 Birthdate Present | 0203176 | Chk #182501 | 88302510, Murphy, Ja, | Inv. Date: 01/20/2022 | -800.00 | 492.38 |
| 01/20/22 | Disbursements | 88 Birthday Present | 0203176 | Chk #182539 | 88302548, Brumfield,, | Inv. Date: 01/20/2022 | -300.00 | 192.38 |
| 02/02/22 | Point of Sale | 60 Commissary | 0337121 | 1138743 | Commissary | | -24.86 | 167.52 |
| 02/04/22 | Payroll | 20 Payroll Adjustment | 0351176 | | P/R month of 1 2022 | | .00 | 167.52 |
| 02/15/22 | Disbursements | 88 4 Books | 0463176 | Chk #182918 | 88303638, Books N Th, | Inv. Date: 02/15/2022 | -102.18 | 65.34 |
| 02/15/22 | Disbursements | 88 Magazine Subscriptions | 0463176 | Chk #182919 | 88303639, Books N Th, | Inv. Date: 02/15/2022 | -45.00 | 20.34 |
| 02/28/22 | Mail Room | 04 Intake and Transfers In | 0592133 | 623486 | Cook County Jail Caseload | | .20 | 20.54 |
| 03/04/22 | Payroll | 20 Payroll Adjustment | 0631133 | | P/R month of 2 2022 | | .00 | 20.54 |
| 03/17/22 | Mail Room | 10 Western Union - Not Held | 076200 | 6059787957 | Murphy, Janaye | | 150.00 | 170.54 |
| 03/17/22 | Point of Sale | 60 Commissary | 0767121 | 1141637 | Commissary | | -3.08 | 167.46 |
| 03/18/22 | Point of Sale | 60 Commissary | 0777179 | 1141648 | Commissary | | .84 | 168.30 |
| 04/05/22 | Mail Room | 10 Western Union - Not Held | 095200 | 5343214393 | Murphy, Jeanette M | | 100.00 | 268.30 |
| 04/08/22 | Mail Room | 10 Western Union - Not Held | 098200 | 2946871004 | Murphy, Jeanette M | | 200.00 | 468.30 |
| 04/14/22 | Point of Sale | 60 Commissary | 1047121 | 1143669 | Commissary | | -288.84 | 179.46 |
| 04/18/22 | Disbursements | 84 Library | 1083190 | Chk #183962 | 8432151, DOC: 523 Fu, | Inv. Date: 03/31/2022 | -1.10 | 178.36 |
| 04/18/22 | Disbursements | 84 Library | 1083190 | Chk #183962 | 8432168, DOC: 523 Fu, | Inv. Date: 03/31/2022 | -4.00 | 174.36 |
| 04/18/22 | Disbursements | 81 Legal Postage | 1083190 | Chk #183968 | 8131813, PB - Postag, | Inv. Date: 03/24/2022 | -.40 | 173.96 |
| 04/18/22 | Disbursements | 81 Legal Postage | 1083190 | Chk #183968 | 8131814, PB - Postag, | Inv. Date: 03/24/2022 | -.20 | 173.76 |
| 04/26/22 | Disbursements | 88 Islamic Religious Items | 1163176 | Chk #184144 | 88033048, Islamic Bo, | Inv. Date: 04/26/2022 | -113.90 | 59.86 |
| 04/26/22 | Point of Sale | 60 Commissary | 1167121 | 1144652 | Commissary | | -21.92 | 37.94 |
| 05/10/22 | Payroll | 20 Payroll Adjustment | 1301176 | | P/R month of 4 2022 | | .00 | 37.94 |
| 05/13/22 | Disbursements | 84 Library | 1333190 | Chk #184443 | 84005273, DOC: 523 F, | Inv. Date: 04/20/2022 | -8.00 | 29.94 |
| 05/13/22 | Disbursements | 81 Legal Postage | 1333190 | Chk #184450 | 81033123, PB - Posta, | Inv. Date: 04/28/2022 | -.20 | 29.74 |

Date: 5/17/2022
Time: 2:08pm

d_list_inmate_trans_statement_composite

# Dixon Correctional Center
## Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 11/17/2021 thru 05/17/2022;   Inmate: M42534;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** M42534 Murphy, Joseph

**Housing Unit:** DXP-XB-B -53

|  |  |
|---|---:|
| Total Inmate Funds: | 29.74 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| **Funds Available:** | **29.74** |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |