FILED
7/21/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED AT PON CC
EMAILED 7/21/22 (date)
BY GA (initials)
1 (# of pages)

Dear Clerk of U.S. District Court

DATE 07-18-22

Hello I Am Joseph Murphy ID# - M42534
I Am Housed Pontiac C.C, P.O. Box 99, Pontiac Il 61764
I Am Writing Regarding A E-Filed
1983 Along with other Item's, On Date of 7/14/22
Stamped Detailing 39 Page's, Law Suite Filed
against Warden Justin Wilks / Lt. Nolan / C/O Morris
And Lawsuite Filed By Myself Joseph Murphy
M42534, As Plaintiff, (I Did Not Recieve
Any Information on My Given Case Number
Judge or Court Room) And I Am Ask Can You
Please Send Me My Case Number,
Judge & Court Room And any other Needed
Information Please, If By Any chance
You Have Already I Have Reason To Believe
either The Mail Room or Security Staff Have
Misplaced This Mail, So May You Please
Resend It In That Case Please.

Joseph Murphy # M42534
Pontiac C.C
P.O. Box 99
Pontiac Il 61764
North House - 540 cell

Joseph Murphy