#M42534

Dear Clerk of the U.S District Court - I Am Joseph Murphy I Am writing Requesting A status update Regarding Case's

Murphy v. Wilks et al   Case No: 1:22-cv-03673

Murphy v. Tec et al   Case No: 1:22-cv-04098

Please Send Me an update on Both Case Please & Thank you

FILED
8/29/2022
JJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at PCC and E-Mailed
8/29/22 (date) by [signature] (initials)
1 (# of pages)