DEAR – CLERK OF U.S. DISTRICT COURT

I Am Joseph Murphy – I Am Housed AT Pontiac C.C. I Fear That either Pontiac Security Staff Is Deliberatly Giving My Mail To Someone else – or the Law Library & Mail Room are NOT Sending me my mail – I Have NOT Recieved any mail Documents, Form's ectect, Since 08-22-22 – AND I Have 3 case's Filed – I AM (SMI) Seireously Mentaly ill – on Documentate I AM A TRANSGENDER – I Take many medication's All OF what Is wrote above I Fear may Hender my effectiveness In my Pro-Se status – Please Help each Assigned Judge For each Case Recieve This – I DONT Know anyother way – except TO Also Ask For A UPDATE – I Beally Need To Know the status of my Filing & case – each Please ... Thank You very much.

CASE # 1:22-CV-01266-JBM    Murphy v. Joiner et al

CASE # 1:22-CV-03673    Murphy v. Wilks et al

CASE # 1:22-CV-04098    Murphy v. Tec et al

SCANNED AT PON CC    9/15/22
EMAILED 9/14/22 (date)
BY ___ (intials)
___ (# of pages)

Please Help me...

Joseph Murphy # M42534
Joseph Murphy

FILED
9/15/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT